UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE ELIZABETH MARTELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C12-1961-RSL<br><br>**ORDER RE: STIPULATED MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,248.75 and expenses in the amount of $27.26, for a total of $6,276.01, are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in Astrue v. Ratliff, 130 S.Ct. 2521 (2010). Further, costs in the amount of $15.50 will be paid pursuant to 28 U.S.C. § 1920. The check(s) will be mailed to Plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, WA 98225.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to the Law Office of Steven M. Robey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

CLERK'S ACTION REQUIRED: Plaintiff's prior motion at Docket # 22, noted for

Friday, November 29, 2013, is rendered moot by this Order, and the prior motion shall be struck from the calendar.

Dated this 6th day of December, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER RE: STIPULATED MOTION FOR ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) - 2