# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE ELIZABETH MARTELL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C12-1961-RSL

    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved.  Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,248.75 and expenses in the amount of $27.26, for a total of $6,276.01, are awarded to plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  Further, costs in the amount of $15.50 will be paid pursuant to 28 U.S.C. § 1920. The check(s) will be mailed to plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, WA 98225.

    Dated this 9th day of December, 2013.

WILLIAM M. McCOOL
Clerk

_s/ Rhonda Stiles_
Deputy Clerk